

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00218-CR

Larry Craig Madore § From the 371st District Court

§ of Tarrant County (1527527R)

v. § July 19, 2018

§ Opinion by Justice Birdwell

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
Justice Wade Birdwell